IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Limorris Bell, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| -vs- | ) | No. 25-cv-9679 |
| | ) | |
| City of Chicago, Joseph Vecchio, Crystina Kittrell, and Richard | ) | *(Judge Perry)* |
| Rodriquez, Jr., | ) | *(Magistrate Judge Bass Ehler)* |
| | ) | |
| *Defendants.* | ) | |

# JOINT STATUS REPORT

The parties, by counsel, submit this joint status report pursuant to the Court's Order of July 24, 2026:

Status of City's document production: The City's production of defendant Officer complaint records is substantially complete. The City made four productions on June 1, 2026, July 20, 2026, July 21, 2026, and August 31, 2026, totaling 93.1 GB, 716 documents and 12,611 pages. The City advised Plaintiff that there remains 5 outstanding documents due to technical issues that the City anticipates will be produced next week.

The parties have scheduled the following depositions: Plaintiff on September 11, 2026; Defendant Kittrell on September 16, 2026; and Defendant Rodriquez on September 17, 2026.

Defendant Vecchio is currently incarcerated and this Court granted Plaintiff's motion to depose him (Dkt. 91, 92). Last week, the parties conferred

regarding the scope and scheduling of this deposition, and the parties are at an impasse. Defendant Vecchio is moving for a protective order to have on file by September 8.

Defendants are in the process of scheduling the deposition of Grace Esmala, a treater, identified in Plaintiff's interrogatory responses. Defendants will assess whether any further depositions are necessary after the deposition of Plaintiff on September 11, 2026.

Additionally, counsel for Defendant Vecchio has a conflict with the currently set in-person status for September 8 and requests it to be moved to Thursday, September 10 after 10:00 a.m. The other parties do not object to this request.

Respectfully submitted,

/s/ Joel A. Flaxman
Joel A. Flaxman
ARDC No. 6292818
Kenneth N. Flaxman
Inaara Tajuddin
200 S Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
jaf@kenlaw.com
*attorneys for plaintiff*

/s/ Michael P. Sheehan (by consent)
Michael P. Sheehan
(msheehan@taftlaw.com)
Barton J. O'Brien
(bobrien@taftlaw.com)
Joan E. Ahn (jahn@taftlaw.com)

Sara J. Schroeder
(sschroeder@taftlaw.com)
Henry Byrne (hbyrne@taftlaw.com)
Taft Stettinius and Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone: (312) 527-4000
*attorneys for defendant City of Chicago*

/s/ Christiane E. Murray (by consent)
Steven B. Borkan
Timothy P. Scahill
Whitney N. Hutchinson
Christiane E. Murray
Molly E. Boekeloo
Amanda C. Guertler
Special Assistants Corporation Counsel
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
*attorneys for defendant Vecchio*

/s/ Brian P. Gainer (by consent)
Brian P. Gainer (gainerb@jbltd.com)
Lisa M. McElroy (mcelroyl@jbltd.com)
JOHNSON & BELL, LTD.
33 W. Monroe St., Ste. 2700
Chicago, Illinois 60603
(312) 372-0770
*attorneys for defendants Rodriquez and Kittrell*