**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LIMORRIS BELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 25-cv-9679** |
| | ) | |
| **CITY OF CHICAGO, JOSEPH VECCHIO,** | ) | **Judge April M. Perry** |
| **CRYSTINA KITTRELL, and RICHARD,** | ) | |
| **RODRIQUEZ, JR.,** | ) | **Magistrate Judge** |
| | ) | **Karen L. Bass Ehler** |
| **Defendants.** | ) | |

**DEFENDANT VECCHIO'S STATUS REPORT**

Pursuant to this Court's September 11, 2026 Order (Dkt. 97), Defendant Vecchio provides the following update:

1. Mr. Vecchio is currently in custody at the Cook County Jail and has a hearing on October 1, 2026 on his motion for pretrial release.
2. The undersigned is still not in a position to confirm a date for Mr. Vecchio's deposition until this hearing occurs.
3. The undersigned believes she will have more information to report in the upcoming joint status report due on October 2, 2026 and requests to provide an update on Mr. Vecchio's health status in that status report.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: /s/ *Christiane E. Murray*
Christiane E. Murray

Steven B. Borkan
Timothy P. Scahill
Whitney N. Hutchinson
Christiane E. Murray
Molly E. Boekeloo
Amanda C. Guertler
Special Assistants Corporation Counsel
BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030

*Attorneys for Defendant Joseph Vecchio*