**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LIMORRIS BELL, | ) | |
| | ) | Case No. 2025-cv-9679 |
| Plaintiff, | ) | |
| | ) | Judge April M. Perry |
| | ) | |
| vs. | ) | Magistrate Judge Karyn L. Bass Ehler |
| | ) | |
| CITY OF CHICAGO, JOSEPH VECCHIO, CRYSTINA KITTRELL, and RICHARD RODRIQUEZ, JR., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear their own costs and attorneys' fees.

Joel KF

Kenneth N. Flaxman
Joel A. Flaxman
Attorneys for Plaintiff Limorris Bell
Kenneth N. Flaxman, P.C.
220 S. Michigan Ave., Suite 201
Chicago, Illinois 60604
(312) 427-3200
Attorney No. 6292818
DATE: 9/30/2026

City of Chicago
a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for City of Chicago

BY: Victoria R. Benson
Victoria R. Benson
Deputy Corporation Counsel
121 North LaSalle St., Room 600
Chicago, Illinois 60602
(312) 744-1015
Attorney No. 6282508
DATE: 10/2/2026

Michael P. Sheehan
Attorney for Defendant, City of Chicago
Special Assistant Corporation Counsel
Taft Stettinius and Hollister LLP
111 East Wacker Dr., Suite 2600
Chicago, Illinois 60601
(312) 527-4000
Attorney No. 6238081
DATE: 10/2/2026

/s/ Christiane E. Murray

Steven B. Borkan
Timothy P. Scahill
Christiane E. Murray
Attorney for Defendant, Joseph Vecchio
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 S. Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030
Attorney No. 6330186
DATE: October 1, 2026

Brian P. Gainer
Attorney for Defendants, Crystina Kittrell and Richard Rodriquez Jr.
Special Assistant Corporation Counsel
Johnson & Bell, Ltd.
33 West Monroe St., Suite 2700
Chicago, Illinois 60603
(312) 372-0770
Attorney No. 6286200
DATE: 10/2/2026